Brian Beecher, Esq. (SBN 239486)
bbeecher@arashlaw.com
Brandon J. Carr, Esq. (SBN 267225)
b.carr@arashlaw.com
**THE LAW OFFICES OF ARASH KHORSANDI, PC**
2960 Wilshire Blvd, Third Floor
Los Angeles, Calfiornia 90010
Telephone: (310) 277-7529
Facsimile: (310) 388-8442

Attorneys For Plaintiff JUANA MARGARITA OLGUIN ACOSTA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| JUANA MARGARITA OLGUIN ACOSTA,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION; COSTCO WHOLESALE MEMBERSHIP, INC.; BETH MONROE; and DOES 2 Through 100, inclusive,<br><br>Defendants. | Case No.: 4:23-cv-00708-JSW<br><br>**DECLARATION OF BRANDON J. CARR, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND TO STATE COURT**<br><br>Date of Hearing:  April 28, 2023<br>Time of Hearing:  9:00am<br>Courtroom:  5 – 2nd Floor<br><br>Assigned to Hon. Jeffrey S. White<br><br>[Filed concurrently with Plaintiff's Notice of Motion and Motion for Remand to the Superior Court of San Mateo County, California and Memorandum of Points and Authorities in Support of Plaintiff's Motion for Remand] |

1

Declaration of Brandon J. Carr, Esq. In Support of Plaintiff's Motion to Remand to State Court
Case No.: 4:23-cv-00708-JSW

## DECLARATION OF BRANDON J. CARR, ESQ.

I, BRANDON J. CARR, Esq., declare as follows:

1. I am licensed to practice law in the State of California, and I am one of the attorneys responsible for handling the above-entitled case and represent Plaintiff JUANA MARGARITA OLGUIN ACOSTA ("Plaintiff") in the above-entitled action. If called upon to testify, I could and would testify as follows.

2. This case arises as the result of Plaintiff suffering a slip and fall at Defendants' store located at 1600 El Camino Real, South San Francisco, CA 94080.

3. In drafting the Complaint, my firm was of the belief that Defendant COSTCO WHOLESALE MEMBERSHIP, INC. had a role in operating and managing Costco's stores within the State of California. We checked the California Secretary of State website and determined that COSTCO WHOLESALE MEMBERSHIP, INC. was a California Corporation. (A true and correct copy of the Statement of Information filed by COSTCO WHOLESALE MEMBERSHIP, INC. is attached hereto as Exhibit 1.)

4. My office filed Plaintiff's Complaint in San Mateo County, California Superior Court on December 2, 2022 alleging causes of action for Premises Liability and General Negligence. At the time of filing the Complaint we were unsure of the identity of the manager of the Costco location where the Incident occurred at the time of the Incident. We undertook investigations to determine this person's identity and it was revealed that the manager's name was BETH MONROE. We filed a DOE amendment on February 2, 2023.

5. Counsel for Defendants met and conferred with me prior to answering the Complaint. They requested dismissal of COSTCO WHOLESALE MEMBERSHIP, INC. and a stipulation to limit Plaintiff's damages to $75,000 or else they would remove the matter to federal court. I advised I could not agree to any such stipulation at the time.

6. Defendants filed and served their Answer and Notice of Removal on February 16, 2023.

7. On March 15, 2023, I had a telephonic meet and confer with Counsel for

2

Declaration of Brandon J. Carr, Esq. In Support of Plaintiff's Motion to Remand to State Court
Case No.: 4:23-cv-00708-JSW

Defendants regarding the removal issue and my intention to seek a remand to state court unless we could agree on a stipulation to remand. He advised he would have to run this by his clients. On March 16, 2023, Counsel for Defendants wrote back to me and advised they believed their removal was appropriate and could not stipulation to a remand.

8.  At this time, I am of the belief that both COSTCO WHOLESALE MEMBERSHIP, INC. and BETH MONROE are valid Defendants in this matter and I expect to prevail on the causes of action asserted against them.

I declare under penalty of perjury that the foregoing is true and correct. I have personal knowledge of the facts set forth hereinabove, and if called upon to testify, I could and would competently testify thereto under oath.

Dated:  March 17, 2023                    Respectfully submitted,

By:   __/s/ *Brandon J. Carr*_____
Brian G. Beecher, Esq.
Brandon J. Carr, Esq.
Attorneys for Plaintiffs

3

Declaration of Brandon J. Carr, Esq. In Support of Plaintiff's Motion to Remand to State Court
Case No.: 4:23-cv-00708-JSW

<u>PROOF OF SERVICE</u>

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 2960 Wilshire Blvd., Third Floor, Los Angeles, California 90010.

On **March 17, 2023**, I caused to be served the following document(s):

### DECLARATION OF BRANDON J. CARR, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND TO STATE COURT

On the interested party(ies) in this action by placing a true and correct copy of document(s) in a sealed envelope addressed as follows:

Sharon C. Collier, Esq.
Nathaniel L. Dunn, Esq.
**FREEMAN MATHIS & GARY, LLP**
1255 Treat Blvd., Suite 300
Walnut Creek, CA 94598
Phone: (925) 466-5904
Fax: (833) 317-0293
E-Mail: Sharon.collier@fmglaw.com
E-Mail: nate.dunn@fmglaw.com
E-Mail: k.greer@fmglaw.com
*Attorneys for Defendants, COSTCO WHOLESALE CORPORATION and COSTCO WHOLESALE MEMBERSHIP, INC.*

( )   [U.S. MAIL] I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed at Los Angeles, California.

(X)   [ELECTRONIC MAIL] Via electronic mail, I caused the above-referenced document(s) to be transmitted to the address listed above.

(X)   (FEDERAL) I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on March 17, 2023, at Los Angeles, California.

/s/ *Brenda Anzora*
Brenda Anzora

4

Declaration of Brandon J. Carr, Esq. In Support of Plaintiff's Motion to Remand to State Court
Case No.: 4:23-cv-00708-JSW