

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

**For Office Use Only**

**-FILED-**

File No.: BA20221297160
Date Filed: 12/22/2022

| Entity Details | |
|---|---|
| Corporation Name | COSTCO WHOLESALE MEMBERSHIP, INC. |
| Entity No. | 2225463 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 999 LAKE DRIVE<br>ISSAQUAH, WA 98027 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | P.O. BOX 35005<br>SEATTLE, WA 98124 |
| Attention | LICENSING |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | 4649 MORENA BLVD.<br>SAN DIEGO, CA 92117 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| WALTER CRAIG JELINEK | 999 LAKE DRIVE<br>ISSAQUAH, WA 98027 | Chief Executive Officer |
| JOHN CHRISTOPHER SULLIVAN | 999 LAKE DRIVE<br>ISSAQUAH, WA 98027 | Secretary |
| RICHARD ALAN GALANTI | 999 LAKE DRIVE<br>ISSAQUAH, WA 98027 | Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| Sandra Torrey | 999 LAKE DRIVE<br>ISSAQUAH, WA 98027 | Vice President | |
| Gail E. Tusboi | 999 LAKE DRIVE<br>ISSAQUAH, WA 98027 | Assistant Secretary | |
| Gary Swearingen | 999 LAKE DRIVE<br>ISSAQUAH, WA 98027 | Assistant Secretary | |

**Directors**

| Director Name | Director Address |
|---|---|
| WALTER CRAIG JELINEK | 999 LAKE DRIVE<br>ISSAQUAH, WA 98027 |
| RICHARD ALAN GALANTI | 999 LAKE DRIVE<br>ISSAQUAH, WA 98027 |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**

| | |
|---|---|
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM<br>Registered Corporate 1505 Agent |

| | |
|---|---|
| Type of Business | |
| Type of Business | MEMBERSHIP SERVICES |
| Email Notifications | |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |
| Labor Judgment | |
| No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code. | |
| Electronic Signature | |
| ☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign. | |
| *Gail E. Tsuboi* <br> Signature | *12/22/2022* <br> Date |

B1342-4858 12/22/2022 10:08 AM Received by California Secretary of State