Brian Beecher, Esq. (SBN 239486)
bbeecher@arashlaw.com
Brandon J. Carr, Esq. (SBN 267225)
b.carr@arashlaw.com
**THE LAW OFFICES OF ARASH KHORSANDI, PC**
2960 Wilshire Blvd, Third Floor
Los Angeles, Califiornia 90010
Telephone: (310) 277-7529
Facsimile: (310) 388-8442

Attorneys For Plaintiff JUANA MARGARITA OLGUIN ACOSTA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| JUANA MARGARITA OLGUIN ACOSTA,<br><br>         Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION; COSTCO WHOLESALE MEMBERSHIP, INC.; BETH MONROE; and DOES 2 Through 100, inclusive,<br><br>         Defendants. | Case No.: 4:23-cv-00708-JSW<br><br>**PLAINTIFF JUANA MARGARITA OLGUIN ACOSTA'S REPLY BRIEF IN SUPPORT OF MOTION FOR REMAND TO THE SUPERIOR COURT OF SAN MATEO COUNTY, CALIFORNIA**<br><br>Date of Hearing:   April 28, 2023<br>Time of Hearing:   9:00am<br>Courtroom:         5 – 2nd Floor<br><br>Assigned to Hon. Jeffrey S. White |

1

Plaintiff's Reply Brief in Support of Motion for Remand to the Superior Court of San Mateo County, California
Case No.: 4:23-cv-00708-JSW

# MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff JUANA MARGARITA OLGUIN ACOSTA ("Plaintiff") submits this memorandum of points and authorities in reply to Defendants' Opposition to the Motion for Remand to the Superior Court of San Mateo County, California.

## ARGUMENT

### 1. Defendants have admitted that BETH MONROE is the General Manager of the Premises where Plaintiff was Injured

As stated in Defendants' Opposition, as well as BETH MONROE'S ("MONROE") own declaration, she is the General Manager of the Costco where Plaintiff was injured. She is not a night manager, delivery manager, or cashier manager, she is the General Manager. Defendants then go to extensive lengths to twist the role of a General Manager in an attempt to downplay any responsibility. MONROE lists several responsibilities she has as General Manager, but ignores perhaps the most important role of a General Manager: overall responsibility to manage the premises and the personnel that work there. Undoubtedly, MONROE would have delegated certain responsibilities, such as organizing floor sweeps, to personnel under her, but as General Manager, she would have ultimate responsibility. It would defy logic if someone with the title of General Manager was not the top manager at the location. It is expected that depositions of employees who worked at the Subject Location will identify MONROE as their supervisor (or supervisor of their supervisors). As is the case at any retail business, all roads will lead to the General Manager of the store.

### 2. BETH MONROE is not a Sham Defendant and was not Fraudulently Joined

Plaintiff has alleged in her Complaint that MONROE managed the premises. Plaintiff has a valid claim against MONROE as she was the General Manager of the

2

Plaintiff's Reply Brief in Support of Motion for Remand to the Superior Court of San Mateo County, California
Case No.: 4:23-cv-00708-JSW

premises where Plaintiff was injured. As General Manager, she would have clearly had the right to control the premises. Under California law, premises liability "is grounded in the possession of the premises and the attendant right to control and manage the premises". Kesner v. Superior Court, 1 Cal.5th 1132, 1159 (2016). Plaintiff has alleged a valid claim against MONROE. Defendants certainly have not shown that "'there is no possibility that the plaintiff could prevail on any cause of action it brought against the non-diverse defendant.'" Padilla v. AT&T Corp., 697 F. Supp 2d 1156, 1159 (C.D. Cal. 2009) (citing Burris v. ATT Wireless, Inc. No C 06-02904 JSW, 2006 WL 2038040, at *1).

MONROE is a clear and proper defendant in this matter as General Manager of the Costco where Plaintiff was injured. This reality should direct this Court to grant Plaintiff's Motion for Remand.

### 3.  Conclusion

This Court is respectfully requested to grant Plaintiff's Motion for Remand.

Dated:  April 7, 2023                                                    Respectfully submitted,


                                                         By:    __/s/ *Brandon J. Carr*_____
                                                                Brian G. Beecher, Esq.
                                                                Brandon J. Carr, Esq.
                                                                Attorneys for Plaintiffs

3

Plaintiff's Reply Brief in Support of Motion for Remand to the Superior Court of San Mateo County, California
Case No.: 4:23-cv-00708-JSW

PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 2960 Wilshire Blvd., Third Floor, Los Angeles, California 90010.

On **April 7, 2023**, I caused to be served the following document(s):

**PLAINTIFF JUANA MARGARITA OLGUIN ACOSTA'S REPLY BRIEF IN SUPPORT OF MOTION FOR REMAND TO THE SUPERIOR COURT OF SAN MATEO COUNTY, CALIFORNIA**

On the interested party(ies) in this action by placing a true and correct copy of document(s) in a sealed envelope addressed as follows:

Sharon C. Collier, Esq.
Nathaniel L. Dunn, Esq.
**FREEMAN MATHIS & GARY, LLP**
1255 Treat Blvd., Suite 300
Walnut Creek, CA 94598
Phone: (925) 466-5904
Fax: (833) 317-0293
E-Mail: Sharon.collier@fmglaw.com
E-Mail: nate.dunn@fmglaw.com
E-Mail: k.greer@fmglaw.com
*Attorneys for Defendants, COSTCO WHOLESALE CORPORATION; COSTCO WHOLESALE MEMBERSHIP, INC.; and BETH MONROE*

( )   [U.S. MAIL] I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed at Los Angeles, California.

(X)   [ELECTRONIC MAIL] Via electronic mail, I caused the above-referenced document(s) to be transmitted to the address listed above.

(X)   (FEDERAL) I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on April 7, 2023, at Los Angeles, California.

/s/ *Brenda Anzora*
Brenda Anzora

4

Plaintiff's Reply Brief in Support of Motion for Remand to the Superior Court of San Mateo County, California
Case No.: 4:23-cv-00708-JSW